United States District Court
For The District of Alaska

RECEIVED

JAN 20 2017

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Douglas J McLaren

3705 Arctic Blvd

Suite 851

Anch AK 99503

Ph 907-887-3757


Douglas J McLaren

Vs

Donald Trump

Complaint

<u>Listed</u>

(A)

① personal injury
disfiggurment , muttation
To include on a disabled
injured crime victim.

② Retatation , Extortion
Extortion of Rights.

③ Civil , constitutional Rights
human , Rights , Privacy
Rights

④ obstruction of justice

⑤ cheating at play casino
Rules of Game

⑥ Theft , Extortion
Corruption , manuipitation.

7) Theft of Trade Secrets

8) Theft of intellucial property

9) obtaining illegally by illegal, criminal devices Tools preferrial information and manipulation; To other use The basis and Excample creation of insider Trading laws. To similar. Confidential protected privelaged information.

10) failure To control premisces and conduct of owned property Employees, contractors

11) Rico Act to include Domestic Rico.

12) predatory and Targeting persons To groups, illegal profiling. un FAIR buisness pnactices.

13) To include Associate Criminal harassments Threats.
To include of Recent Press I havent watched Viewed To Even Publicly Such Simular Acts And manner



To        of   Trump

Organization        , Donald

Trump          To   intentional

Continuing    Tort, As of Associates

obstruction    of   justice

Corruption   . Trump

Organization        , Donald

Trump    To   forms

of  Rico   To  include

domestic   Rico.

Contractibles , Associates ,

To Personal Injury

Pred mediated , Instructed

Incited . Independant

As publicly has Attempted

To instruct , Incite

To inflammatory , Adjiate

Incite Persons To promote

him self , himself , Career

And roles. To Include

Threats , claim to act

of force , hate to (3)

pure Trash netrotic .

To of public Record

Video , speechs of

no legal merit , basis

To also compared To

Retrolic as hitler by

Some . But of left

fact , Evidence . To

Complete. innocent

Victims

This   not   of
Any
mAlice   but   extensive
facts
,   to   Esciolated

As   personal   injury .
Predmiated   mistructed   personal
injury
,   to   muttation
To   dis firqument .

Acts   will   As   excample

left   Arm   broken
fractured   Four Times

Attempted   five   . person
Ordering   it   Smiling   eon

(4)

female ordering Two
black males To break
fore Arm And wrist.
Knownly with large
Surgical Steel of
Recent Then past
Five and to hours Surgery
implanting.
To upon years of
Attacks on disAbled
injured person. But
not just basis .

But to any human
Color of law not one
ARRest .

Inslude pre mediated
Strong Arm Robbery
And Attempted murder.
To include of federal funds
A federal facility ,
federal Supervisor and a
managers . Not a ARRest.

To       on       motion       to       (17)

Seal
,       gag       order

Please       Reference.

Said       Persons       Rat       Poisoned

A       human       To       include

Upon       Watched

To       persons       Rat       Instructed.

Some       one       poison

Watch.

Inflict       body       injury       Then

predatory       hunt       A       human

upon       other.

AS To order To seal
This complaint upon
being sealed with greatest
merit To include To
protect innocent persons,
witnesses and Evidence.

To Also As excample copy
cats etc. . This case To
what result As it has been
To present. I place This
at The descentiancy of
This district , To chief judge
if need be for principal
and ethics.

To    of    Donald Trump

To    cheating    at    play.

Casino    Rules    of    Game

of    Recent    To    Sold

Casino's    As    Represented

filed    bankruptcy    4 Times.

To    losing    buisness.

use    of    illegal    devices

Tools    To    cheating    at play.

Casino    Rules    of    Game

obstruction of filings: (10)
Attempting Also To Run
Statue of limitations.

As prior Trump Casino
WAS is with Associates
A clear policy And
Again clear Recently
on fact A plaintiff.
Also being Refiled on
individual And in indemnities
To Trump Organization.
Also their is no immunity
for legal acts Crimes committed

This Removes any said persons To Attempting To exercise To cliam use of immunity.

Also This Filing is Filed prior To Any Donald Trump becoming The girl Scout ~~errand~~ water boy. To any. official capacity.

To of the Extenstive
To motion To attempt
to seal. I asking to
Recieve compliant , at
great depths , provide
The extreme basis
merit of compliant
Much These As hurderous
Aets To content of some
much injury. permantly
e disfiequing. To r am
Attampting legal Council

To upon Several firms
To Attorneys if i can Be
Accomplished thus. Upon
if not in immediate
proceeding ProSe. To
possible i will Approach
Court possibility of
legal council on Some
of matters or matters.

Also to verifing (14)
Representations to be
legal fact , Remsearch .

I will Assert The
united States and Tax
Players ARe The
InsaRance underwriters
for Trump Organization.
And Donald Trumps
liabilites . To upon
Any other Said
Persons , corporations
AS excample.

(15)

Plus in Addition To

Recover medical costs

needed medical , future

medical And complications.

lost of enjoyment of

life . Pain, Suffering ,

This in Addition has

on much basis been

filed with united Nations

And World Carts.

This be properly Typed

Typed , Amended .

Re Formated and

presented Amended with

case law , Citation upon

Other. I have done in

extreme enviroment , personal

Injury . Excample Spine

muscle nerve damage

To Affects hands, writting

upon Other.

Also Extreme

Duress And

Chental.

Douglas J McLaren

Douglas J McLaren.

clense Additional page.

This is also filed in extreme duress to filing date. In Additional in Jurdiscation much. And most Jurdiscation do exist in federal district Court. Alaska to New York WashDC But of matters of Attempted medical issues extremely Violated upon other ARE in Alaska Superior Courts

To include this case
to parts or Associates
may be filed joinder.
To I may in future

But I am preceding
Currently on Donald
Trump as Sole plaintiff.

In Seperate Action
I am preceding on
Trump organization.
To include on basis to
discovery of additional legal
fact.

Douglas McLaren (19)

Douglas J McLaren

1-20-17