United States District Court
For The District of Alaska

RECEIVED

JAN 2 0 2017

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Douglas J McLaren

3705 Arctic Blvd

Suite 851

Anch AK 99503

Ph 907-887-3757


Douglas J McLaren

Vs

Donald Trump

Complaint

## Listed.

① personal injury
disfirqument, muttation
To include on a disabled
injured crime victim.

② Retatation, Extortion
Extortion of Rights.

③ Civil, constitutional Rights
human Rights, Privacy
Rights

④ obstruction of Justice

⑤ cheating at play Casino
Rules of Game

⑥ Theft Extortion
Corruption manuipitation.

(7) Theft of Trade Secrets

(8) Theft of intellucial
property

(9) Obtaining illegally by
illegal, criminal deuices
Tools prefernial information
And manipulation; To other
use The biasis and Excample
Creation of insider Trading
laws. To similar. Confidential
protected priveliaged information.

(10) failure To control
premisces And conduct
of owned property
Employees, conTractors
Associates,

11. Rico Act to include Domestic Rico.

12. predatory and Targeting persons. To groups. illegal profiling. Un FAIR buisness pnactices.

13. To include Associates Criminal harassments Threats. To include of Recent Press I haven't watched Viewed To Even problely Such Simalar Acts And manner



To      of   Trump

Organization        , Donald

Trump        To   intentional

Continuing    Tort , As of Associates

obstruction    of   justice

Corruption   . Trump

Organization        , Donald

Trump      To   forms

of   Rico   To   include

domestic   Rico.

ConTractbles , ASSociates ,
To personal injury
Pred mediated , instructed
incited . Independant
As publicly has Attempted
To instruct , incite
To inflammatory , Adjiate
incite persons To promote
him self , himself , CAReer
And roles. To include
threats , claim to act

of force , hate to (3)
pure Trash netrolic .
To of public Record
Video , speechs of
no legal merit , basis
To also compared To
Retrolic as hitler by
Some . But of left
fact , Evidence . To
Complete innocent
Victims

This    not    of
                        Any    (4)

malice       but    extensiwe

facts         ,  to   Escolated

As    personal   injury .
Predmialed    mstruded   personal
Injuey      ,    to   muttation
to   dis firqument .

Acts       will   As   excample

left     Arm     broken

fractured    Four Times

Attempled    five    . person
Ordering    it   Smiling   eron

(5)

female ordering Two
black males To break
fore Arm And wrist.
Knownly with large
Surgical Steel of
Recent Then past
Five and to hours Surgery
Implanting.
To upon years of
Attacks on disAbled
In jured person. But
not Just basis .

But to any human
Color of law not one
ARRest .

Inslnded pre mediated
Strong Arm Robbery
And Attempted murder.
To include of federal funds
A federal facility
federal Supervisor and a
managers . Not a ARRest.

To        on        motion        to        (17)

Seal        ,        gag        order

please        Reference.

Said        Persons        Rat        Poisoned

A        human        to        include

upon        watched

To        persons        Rat        instructed.

poison

Some        one        watch.

Inflict        body        injury        Then

predatory        hunt        A        human

upon        other.

AS To order To Seal
This complaint upon
being Sealed with greatest
merit To include To
protect innocent persons,
Witnesses and Evidence.

To Also As excample copy
cats etc. , This case To
what Result As it has been
To present. I place This
At The descendancy of
This district , To chief Judge
if need be for principal
and ethics.

8

To    of    Donald    Trump

To    cheating    at    play.

Casino    Rules    of    Game

of    Recent    To    Sold

Casino's    AS    Represented

filed    bankruptcy    4    Times.

To    losing    buisness.

Use    of    illegal    devices

Tools    To    cheating    at    play.

Casino    Rules    of    Game

Obstruction of filings. (10)
Attempting Also To Run
Statue of limitations.

As prior Trump Casino
was is with Associates
A clear parllel And
Again clear Recently
on fact a plaintiff.
Also being Refiled on
Individual And in indemties
To Trump Organization.
Also their is no immunity
for legal acts Crimes or illeal

This Removes any said persons To Attempting To exercise To claim use of immunity.

Also This filing is filed prior To Any Donald Trump becoming ~~The~~ ~~girl scout~~ ~~errand~~ water boy. To any. official capacity.

To of The Extensive

To motion To Attempt

to seal. I Asking To

Recieve compliant , at

great depths , provide

The extreme bASIS

merit of compliant

Much These As hurderous

Aets To content of some

much injury. permAntly

e disfiequing, To I Am

Attempting legal Council

To upon Several firms
To ~~Attorneys~~ if i can ~~Be~~
Accomplished ←Thus . Upon
if not in immediate
proceeding proSe . To
Possible i will Approach
Court possibility of
legal Council on Some
of matters or matters.

Also to verifing (14)

Representations to be

legal fact , Reasearch .

I will Assert The

united States and Tax

payers Are The

Insarance underwriters

for Trump organization.

And Donald Trumps

liabilties . To upon

Any other Said

persons , corporations

As excample.

Plus in Addition To

Recover medical costs
needed medical , future
medical And complications.

lost of enjoyment of
life . Pain, Suffering ,

This in Addition has
on much biasis been
filed with united Nations
And world Courts.

This be properly Typed

Typed , Amended .

Re formated and

presented amended with

case law , citation upon

other. I have done in

extreme enviroment , personal

injury . Excample Spine

muscle nerve damage

To Affects hands, writting

upon other.        Douglas J McLaren

Also Extreme          Douglas J McLaren.

Duress and

Chestal.

case additional page.

This is also filed in extreme duress to filing date. In Additional in Jurdiscation much and most Jurdiscation do exist in federal district Court. Alaska to New York WashDC But of matters of Attempted medical issues extremely Violated upon other ARE in Alaska Superior Courts

(15)

To include This case
to parts or Associates
may be filed joinder.
To I may in future
But I Am proceding
currently on Donald
Trump As Sole plaintiff.

In Seporate Action
I Am proceding on
Trump organization.
To include on basis To
discovery of additional legal
fact.

Douglas McLaren
Douglas J McLaren

19

1-20-17